*Original*

.6) Complaint for a Civil Case Alleging Negligence

ORIGINAL

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

cc: JAO / PLAINTIFF

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

MAR 09 2020

at 4 o'clock and 00 min. P M
**SUE BEITIA, CLERK**
UNPAID / IFP SUBMITTED (NO SIGNATURE) JT

BRIAN EVANS

Case No. **CV20 00111 JAO RT**

*(to be filled in by the Clerk's Office)*

|   |   |
|---|---|
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) |
| -v- | ) ) ) |
| FIDELITY BROKERAGE SERVICES LLC | ) ) ) ) |
| *Defendant(s)* | ) ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) |

Jury Trial: *(check one)* ☑Yes ☐No

# COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
## (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brian Evans |
| Street Address | 160 Keonekai Road, Unit 25-104 |
| City and County | Kihei, Maui County |
| State and Zip Code | Hawaii, 96753 |
| Telephone Number | 808-276-5235 |
| E-mail Address | belasvegas@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Received By Mail
Date MAR 09 2020    Mailed On
Date MAR 10 2020

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**Defendant No. 1**

Name FIDELITY BROKERAGE SERVICES LLC

Job or Title *(if known)*

Street Address 900 SALEM STREET

City and County SMITHFIELD, Providence County

State and Zip Code Rhode Island, 02917

Telephone Number 617-563-3747

E-mail Address *(if known)*


**Defendant No. 2**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Brian Evans                              , is a citizen of the

State of *(name)*    Hawaii                        .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                                            , is incorporated

under the laws of the State of *(name)*                                            ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*                                        , is a citizen of

the State of *(name)*                                        . Or is a citizen of

*(foreign nation)*                                    .

2.    If the defendant is a corporation

The defendant, *(name)*   Fidelity Brokerage Services LLC           , is incorporated under

the laws of the State of *(name)*   Delaware                        , and has its

principal place of business in the State of *(name)*    Rhode Island                        .

Or is incorporated under the laws of *(foreign nation)*                                        ,

and has its principal place of business in *(name)*                                        .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

1,000,000

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)*        10/1/2018      , at *(place)*    Fidelity Brokerage Services LLC of Rhode Island                        ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Recorded phone calls between Plaintiff and Defendant, calls recorded by Defendants, will confirm that misinformation provided to the Plaintiff caused the Plaintiff to take certain actions within his account. Without his permission, his positions in various stocks were force-sold despite information, recorded information, that Fidelity employees provided Plaintiff, my Fidelity's "Risk Management Department," just one day later, costing the Plaintiff hundreds of thousands of dollars.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Negligent information causes by Defendants were a direct cause of the Plaintiff's losses when he was advised he could purchase stock, "hold it overnight," but yet 19 minutes before the close of trading, "Risk Management" sold out the Plaintiff's positions. The company may not provide negligent information, and then rely on their "Terms of Service," which does not address that negligent information by their employees are accepted in any agreement by the Defendants. Exhibit A is Plaintiff's original FINRA claim and the satisfaction of the Amended request as requested by FINRA in Exhibit C. They then denied allowing the case one day after the Plaintiff Noticed them as FINRA stalled to proceed with the case. Ex. E confirms no threats.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff wants his stock returned at the highest value that it reached, which Plaintiff would have benefited from had the stocks, and there were a few, that were sold by the Defendants despite their own employees advising Plaintiff differently in recorded messages by Defendants. The Plaintiff wants punitive and damages (as the jury see's fit) caused by these actions by the Defendants. The Plaintiff. Plaintiff owed 10,000 shares the day he purchased the stock GRVY, which reached higher than $57 a share and would have benefited Defendant tremendously. Discovery will confirm numerous acts of Bad Faith by the Defendants. In fact, FINRA, who in Exhibit C requested that I remedy certain deficiencies, which I did, then days later refused to permit me to pursue my claims with them under, what they called, "Customer Code 12203(a) and "Industry Code 13203(a)" was sent the day after I advised them to proceed with my case, or that I would have no choice but to file suit (See Exhibit D). It's important to note that both codes relates to dismissing my claims "if arbitrators feel threatened," (by what?) clearly omitting any other reason or argument, including any argument of a settlement agreement that was written to deprive me of my Constitutional Right to represent me Pro Se. FINRA's ruling came 1 day after I made it clear that I intended to bring this to federal court if they did not rule. See Exhibit E. FINRA has given Plaintiff no choice but to file in Federal Court.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3 – 6 · 2 0

Signature of Plaintiff  _Brian Evans_

Printed Name of Plaintiff  Brian Evans

### B.    For Attorneys

Date of signing: _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Street Address               _____

State and Zip Code           _____

Telephone Number             _____

E-mail Address               _____